IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY LAMAR AURSBY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-4849 |
| | : | |
| DAVID AUXTER, et al. | : | |

## **ORDER**

AND NOW, this 30th day of August, 2021, upon consideration of Plaintiff Jeffrey Lamar Aursby's Second Amended Complaint and Motion for a Preliminary Injunction and Brief in Support, and for the reasons stated in the accompanying Memorandum, it is ORDERED as follows:

- The Second Amended Complaint (Document 25) is DISMISSED with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

- Aursby's Motion for a Preliminary Injunction and Brief in Support (Document 24) is DENIED as moot.

The Clerk of Court is DIRECTED to CLOSE this case.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.